```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

--------------------------------------x
KIRK LLOYD,                           :
                  Plaintiff,          :
                                      :
v.                                    :   CASE NO. 3:09cv00227(AWT)
                                      :
THE TOWN OF WOLCOTT POLICE DEPARTMENT;:
DON THERKILDSEN, SR.; and             :
DON THERKILDSEN, JR.,                 :
                  Defendants.         :
--------------------------------------x
```

**ORDER RE MOTION TO DISMISS AND COUNSEL FOR THE PLAINTIFF**

The defendants' motion to dismiss (Doc. No. 8) is hereby DENIED without prejudice because the plaintiff's counsel is suspended from appearing before the court at this time and the plaintiff is seeking new counsel.

The Clerk shall terminate the appearance of Joseph A. Moniz on behalf of the plaintiff. By November 19, 2009, the plaintiff shall either file a pro se appearance or arrange for substitute counsel to appear on his behalf.

The Clerk shall mail a copy of this order and a notice of appearance form to the pro se plaintiff at:

       414 Belisle Street
       Somerset, WI 54025

No action shall be taken on this case until the earlier of (a) such time as an appearance is filed by or on behalf of the plaintiff, or (b) November 20, 2009.

It is so ordered.

Dated this 16th day of October 2009, at Hartford, Connecticut.

                                        /s/ AWT
                                   Alvin W. Thompson
                            United States District Judge